## UNITED STATES
### v.
## ONE BALE CONTAINING 12 PAIRS BLANKETS; 1 KEG OF POWDER AND 1 BAG OF RICE

### 1811

#### JOURNAL ENTRIES

1. Libel . . . . . . . . . . . . . *Journal, infra,* \*p. 375
2. Order fixing time for hearing, notice, etc. . . . . . " 376
3. Depositions opened and filed . . . . . . . . " 395
4. Judgment and decree . . . . . . . . . . " 407

#### PAPERS IN FILE

1. Libel . . . . . . . . . . . . . . . .
2. Copy of order fixing time for hearing, etc. . . . . . . . .